Robert Walker
519 S. 17th Ave
Yuma, AZ 85364
(928) 446-7101

Fernando Moreno
12927½ Barton Rd
Whittier, CA 90605
(562) 587-3260

Juan David Camarena
3660 W. 5th ST Space #4
Yuma, AZ 85364
(928) 259-3475

*Plaintiffs Pro Per*





IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT WALKER; FERNANDO MORENO; and JUAN DAVID CAMARENA; and UNITED STATES ex. rel. ROBERT WALKER, FERNANDO MORENO and JUAN DAVID CAMARENA,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMUNITY EDUCATION CENTERS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.   CV-12-2582-PHX-JAT<br><br>**MOTION TO FILE COMPLAINT UNDER SEAL** |

Plaintiffs ROBERT WALKER, FERNANDO MORENO, and JUAN DAVID CAMARENA hereby move this Court to file the Complaint in this matter under seal. The lawsuit contains a cause of action alleging violations of the Federal False Claims Act. Pursuant to 31 USC § 3730(b)(2), such an action "shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

1

For this reason, Plaintiffs respectfully request that the Court issue an Order permitting the filing under seal of the Complaint in this matter.

DATED this **4** day of December, 2012.

**ROBERT WALKER**

_____
Robert Walker
*Plaintiff Pro Per*

**FERNANDO MORENO**

_____
Fernando Moreno
*Plaintiff Pro Per*

**JUAN DAVID CAMARENA**

_____
Juan David Camarena
*Plaintiff Pro Per*

2